IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  vs.         :  CIVIL NO: C-1-00-629
           :  JUDGE SPIEGEL

**DIANE BLEH, aka**
**DIANE MULLINS-BLEH,**

  **Defendant.**

## DISCHARGE OF JUDGMENT

  The Plaintiff having been notified by its client agency that this debt has been discharged, through administrative procedures, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

              GREGORY G. LOCKHART
              United States Attorney


              s/Deborah F. Sanders
              DEBORAH F. SANDERS (0043575)
              Assistant United States Attorney
              303 Marconi Boulevard, Suite 200
              Columbus, Ohio 43215
              (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2006, I electronically filed the foregoing Discharge of Judgment with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Diane Bleh, 5924 West Fork Road, Cincinnati, Ohio 45247.

                                                s/Deborah F. Sanders
                                                Deborah F. Sanders (0043575)
                                                Assistant United States Attorney